JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

      - v. -                    :     08 Cr.

JOSE SANCHEZ,                     :

            Defendant.

- - - - - - - - - - - - - - - - x

08 CRIM 226

COUNT ONE

The Grand Jury charges:

On or about February 16, 2008, in the Southern District of New York and elsewhere, JOSE SANCHEZ, the defendant, unlawfully, willfully, and knowingly, and with intent to defraud, did pass, utter, publish, and sell, and did attempt to do so, and did bring into the United States and keep in possession and conceal falsely made, forged, counterfeited, and altered obligations and other securities of the United States, to wit, the defendant possessed at least $2,665 in counterfeited United States currency.

        (Title 18, United States Code, Section 472.)

_____                    _____
Foreperson                                 MICHAEL J. GARCIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

JOSE SANCHEZ,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 472)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

3/14/08 Filed Indictment. Case assigned to J. Stein

Pitman
U.S.M.J.