

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

May 21, 2008

**BY HAND**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Ste. 1010
New York, New York 10007

    Re:    <u>United States v. Jose Sanchez,</u>
             No. 08 Cr. 226

Dear Judge Stein:

      A trial in this matter is currently scheduled for June 23, 2008. The defendant is scheduled to plead guilty before a Magistrate Judge on June 4, 2008 at 10:30 a.m. In the event that the defendant does not plead guilty, however, the Government will need to request an adjournment of the trial date in this matter because one of the Government's key witnesses will be unavailable the week of June 23. Therefore, the Government writes to inform the Court of this scheduling conflict, and respectfully requests that the trial date be moved back by at least one week, in the event that the defendant elects to proceed to trial. Of course, the Government will promptly inform the Court on June 4, 2008 whether or not the defendant has pleaded guilty as planned. Counsel for the defendant has consented to this request.

      Furthermore, the Government respectfully requests that the Court exclude time from June 23, 2008 until any new trial date, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to

*[Handwritten annotation: 5/22/08 Motion denied without prejudice to renewal on June 4th. So ordered. /s/ SHS]*

Hon. Sidney H. Stein
May 21, 2008
Page 2

prepare for trial and discuss a disposition of the matter. Defense counsel consents to this request for the exclusion of time.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York

                         By: _____
                                        Rebecca A. Rohr
                                        Assistant United States Attorney
                                        (212) 637-2531

cc (via fax): Mark Gombiner, Esq.